| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Amin Hamad** | Social Security number or ITIN **xxx–xx–1816** |
| | First Name  Middle Name  Last Name | EIN _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN _ _ _ _ |
| | | EIN _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Northern District of Illinois** | |
| Case number: **15–36688** | | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Amin Hamad

<u>February 17, 2016</u>

**For the court:** <u>Jeffrey P. Allsteadt, Clerk</u>
United States Bankruptcy Court

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support
  obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
  decided or will decide are not discharged
  in this bankruptcy case;

♦ debts for most fines, penalties,
  forfeitures, or criminal restitution
  obligations;

♦ some debts which the debtors did not
  properly list;

♦ debts for certain types of loans owed to
  pension, profit sharing, stock bonus, or
  retirement plans; and

♦ debts for death or personal injury caused
  by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who
is also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

---

**This information is only a general summary
of the bankruptcy discharge; some
exceptions exist. Because the law is
complicated, you should consult an
attorney to determine the exact effect of the
discharge in this case.**

---

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 15-36688-CAD
Amin Hamad                                                            Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: admin              Page 1 of 1              Date Rcvd: Feb 17, 2016
                             Form ID: 318              Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 19, 2016.
db          +Amin Hamad,    15324 Treetop Drive, Unit 3S,   Orland Park, IL 60462-4696
23864214    +Ayham Hamad,    15324 Treetop Drive,   Orland Park, IL 60462-4618
23886359    +BMW Bank of North America Department,    Ascension Capital Group,    PO Box 201347,
             Arlington, TX 76006-1347
23864221    +Chase,    3415 Vision Drive,   Mail Code OH4-7142,   Columbus, OH 43219-6009
23864227     Equifax Information Services, LLC,    1550 Peachtree Street NW,   Atlanta, GA 30309
23864228     Experian Information Solutions, Inc.,    475 Anton Boulevard,   Costa Mesa, CA 92626-7037
23864231    +Trans Union LLC,    P.O. Box 2000,   Chester, PA 19022-2000
23864232    +Zwicker & Associates P.C.,    7366 N. Lincoln Ave. Suite 404,   Lincolnwood, IL 60712-1741

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr          +EDI: BRMFOGEL.COM Feb 18 2016 00:58:00      Richard M. Fogel,    Shaw Fishman Glantz & Towbin LLC,
             321 N Clark Street,   Suite 800,   Chicago, IL 60654-4766
23864213    +EDI: BECKLEE.COM Feb 18 2016 00:58:00      American Express,    Po Box 3001,
             16 General Warren Boulevard,   Malvern, PA 19355-1245
23864216     EDI: BMW.COM Feb 18 2016 00:58:00      BMW Financial Services,    Attn: Bankruptcy Department,
             Po Box 3608,   Dublin, OH 43016
23864215    +EDI: TSYS2.COM Feb 18 2016 00:58:00      Barclays Bank Delaware,    Attn: Bankruptcy,
             P.O. Box 8801,   Wilmington, DE 19899-8801
23864217    +EDI: CAPITALONE.COM Feb 18 2016 00:58:00      Capital One,    Attn: Bankruptcy,   Po Box 30285,
             Salt Lake City, UT 84130-0285
23864218    +EDI: AIS.COM Feb 18 2016 00:58:00      Capital One, N.A. *,   c/o American Infosource,
             P.O Box 54529,   Oklahoma City, OK 73154-1529
23864219    +EDI: CAPITALONE.COM Feb 18 2016 00:58:00      Capital One, N.A.*,   1680 Capital One Drive,
             Mc Lean, VA 22102-3407
23864220    +EDI: CHASE.COM Feb 18 2016 00:58:00      Chase *,    ATTN: Bankruptcy Department,
             P.O. Box 15298,   Wilmington, DE 19850-5298
23864222    +EDI: CAUT.COM Feb 18 2016 00:58:00      Chase Auto,    Attn:National Bankruptcy Department,
             Po Box 29505,   Phoenix, AZ 85038-9505
23864223    +EDI: CHASE.COM Feb 18 2016 00:58:00      Chase Card Services,    Attn:Bankruptcy Department,
             Po Box 15298,   Wilmington, DE 19850-5298
23864225     EDI: DISCOVER.COM Feb 18 2016 00:58:00      Discover Financial Services,    2500 Lake Cook Road,
             Deerfield, IL 60015
23864226     EDI: DISCOVER.COM Feb 18 2016 00:58:00      Discover Financial Services LLC,    Po Box 15316,
             Wilmington, DE 19850
23864224    +EDI: DISCOVER.COM Feb 18 2016 00:58:00      Discover Financial,
             Attention: Bankruptcy Department,   Po Box 3025,   New Albany, OH 43054-3025
23864229    +EDI: CBSKOHLS.COM Feb 18 2016 00:58:00      Kohls,   N56 W 17000 Ridgewood Drive,
             Menomonee Falls, WI 53051-7096
23864230    +EDI: RMSC.COM Feb 18 2016 00:58:00      Synchrony Bank,    Attn: bankruptcy,   Po Box 103104,
             Roswell, GA 30076-9104
                                                                                  TOTAL: 15

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security
Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the
bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 19, 2016                            Signature:  /s/Joseph Speetjens


# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 17, 2016 at the address(es) listed below:
          Charles L. Magerski   on behalf of Debtor 1 Amin  Hamad cmagerski@sulaimanlaw.com,
          courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.com;mbadwan@sulaimanlaw.co
          m;sulaiman.igotnotice@gmail.com;bkecf_sulaiman@bkexpress.info
          Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
          Richard M. Fogel   rfogel@shawfishman.com,  il72@ecfcbis.com
                                                                                  TOTAL: 3